IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SUBRINA NORRINGTON, <br> on behalf of Plaintiff and a class, <br><br> Plaintiff, <br> v. <br><br> STRATEGIC SOLUTIONS SERVICES, <br> a limited liability company doing business <br> as Arrow Mountain Funding; <br> CONSTANTINE RADIOTIS; <br> NCR FINANCIAL SERVICES, INC.; <br> FINSANA, LLC; <br> and JOHN DOES 1-20, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:25-cv-00693 <br><br> Hon. Franklin U. Valderrama |

## NOTICE OF SETTLEMENT & REQUEST TO STAY DEADLINES

Plaintiff Subrina Norrington and Defendants Constantine Radiotis, NCR Financial Services, Inc., and Finsana, LLC hereby notify this Court that they have settled this case in principle and expect to file dismissal papers within the next sixty (60) days. The Parties respectfully request that all court dates be stricken and all deadlines be stayed while the Parties negotiate a written settlement agreement.

Respectfully submitted,

| | |
|---|---|
| *s/ Alexandra Huzyk* | *s/ Stephen D. Lozier (with consent)* |
| | |
| Daniel A. Edelman | Stephen D. Lozier |
| Dulijaza (Julie) Clark | **TROUTMAN PEPPER LOCKE LLP** |
| Alexandra Huzyk | 111 S Wacker Dr, Suite 4100 |
| **EDELMAN, COMBS, LATTURNER** | Chicago, IL 60606 |
| **& GOODWIN, LLC** | Telephone: (312) 759-3203 |
| 20 South Clark Street, Suite 1800 | Facsimile: (312) 759-1939 |
| Chicago, IL 60603 | stephen.lozier@troutman.com |
| (312) 739-4200 | *Counsel for Defendants Constantine* |
| (312) 419-0379 (FAX) | *Radiotis, NCR Financial Services, Inc.,* |

1

courtecl@edcombs.com *and Finsana, LLC*
*Counsel for Plaintiff*

2

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on May 5, 2025, the foregoing document was e-filed with the Court via CM/ECF with a copy served automatically on all counsel of record. In addition, notice was sent via U.S. Mail to:

 Strategic Solutions Services, LLC
 c/o United States Corporation Agents, Inc.
 131 Continental Drive, Suite 305
 Newark, DE 19713

            */s/ Alexandra Huzyk*
            Alexandra Huzyk


Daniel A. Edelman
Dulijaza (Julie) Clark
Alexandra Huzyk
**EDELMAN, COMBS, LATTURNER & GOODWIN, LLC**
20 South Clark Street, Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

3